Form 8

**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

DIAMONDBACK FIREARMS, LLC v. SAEILO, INC. d/b/a KAHR ARMS, et al.

No. 14-1333

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se     [✓] As counsel for:    SAEILO, INC. and KOOK-JIN MOON
                                       Name of party

I am, or the party I represent is (select one):

[ ] Petitioner  [ ] Respondent  [ ] Amicus curiae  [✓] Cross Appellant
[ ] Appellant   [ ] Appellee    [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Douglas C. Spears |
| Law firm: | Swann Hadley Stump Dietrich & Spears, P.A. |
| Address: | 1031 W. Morse Boulvard, Suite 350 |
| City, State and ZIP: | Winter Park, Florida 32789 |
| Telephone: | 407 647-2777 |
| Fax #: | 407 740-3114 |
| E-mail address: | dspears@swannhadley.com |

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): June 14, 1984

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

March 25, 2014                          /s/ Douglas C. Spears
      Date                           Signature of pro se or counsel

cc: Counsel of Record

Form 30

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on   March 25, 2014
by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
    (by email or CM/ECF)

| Douglas C. Spears | /s/ Douglas C. Spears |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Swann Hadley Stump Dietrich & Spears, P.A.

Address: 1031 W. Morse Boulevard, Suite 350

City, State, ZIP: Winter Park, Florida 32789

Telephone Number: 407 647-2777

FAX Number: 407 740-3114

E-mail Address: dspears@swannhadley.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.