**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

14-1333, 14-1334

DIAMONDBACK FIREARMS, LLC

        Plaintiff-Appellant,

v.

SAEILO, INC., d/b/a KAHR ARMS, et al.,

        Defendants-Cross-Appellants.

## DEFENDANTS-CROSS-APPELLANTS' STATEMENT REQUESTING AND MOTION FOR ORAL ARGUMENT

Defendants-Cross-Appellants, Saeilo, Inc., d/b/a Kahr Arms, and Kook Jin Moon, request and move this Court for oral argument of the issues raised in their cross-appeal in this matter. These issues have a substantial bearing on the application of the rights and remedies under 28 U.S.C. §2201 and §2202 in patent cases as well as the appropriate interpretation and effect of previous rulings of this Court regarding compulsory counterclaims in declaratory relief actions. These are matters of significant importance to Saeilo, Inc. and Kook Jin Moon in this proceeding which are appropriate for oral argument before the Court.

Consequently, Defendants-Cross-Appellants request that the Court set this matter for oral argument on the Court's calendar.

In scheduling oral argument in this case, undersigned counsel would make the Court aware of existing potential calendar conflicts with proceedings already on other court dockets:

1. <u>Camino Reale Properties, LLC v. Holland Properties, Inc.</u>, Case No. 2011-CA-006780-O, Ninth Judicial Circuit, Judge Margaret Schreiber

    Pre-Trial Conference - March 2, 2015
    Two week trial docket beginning March 16, 2015

2. <u>Waste Logix LLC v. Linwood Brannon, et al.</u>, Case No. 2013-CA-012858-O, Ninth Judicial Circuit, Judge Lisa Munyon

    Pre-Trial Conference - March 16, 2015
    Two week trial docket beginning March 30, 2015

3. <u>Marian Farms, Inc., et al. v. SunTrust Banks, Inc.</u>, Case No. 2008-CA-6076, Fifth Judicial Circuit, Judge Mark Hill

    Two week trial docket beginning April 20, 2015

Defendants-Cross-Appellants' counsel has conferred with Appellant's counsel who has stated he has no opposition to the oral argument requested herein.

/s/ Douglas C. Spears
DOUGLAS C. SPEARS
Florida Bar No.: 373801
SWANN HADLEY STUMP
    DIETRICH & SPEARS, P.A.
1031 W. Morse Boulevard
Suite 350
Winter Park, Florida 32789
Telephone:  (407) 647-2777
Facsimile:  (407) 740-3114
dspears@swannhadley.com
Counsel for Appellees

## DECLARATION OF DOUGLAS C. SPEARS

1. I am an attorney with Swann Hadley Stump Dietrich & Spears, P.A., counsel for Defendants-Cross-Appellants, Saeilo, Inc., d/b/a Kahr Arms and Kook-Jin Moon in this appeal. I am submitting this declaration in connection with Defendants-Cross-Appellants' Statement Requesting and Motion for Oral Argument.

2. All of the facts set out in Defendants-Cross-Appellants' motion are, to the best of my knowledge, true and correct, and are based either on my personal knowledge or on conversations I have had with the other attorneys working on this appeal.

*Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.*

Executed on: December 24, 2014


/s/ Douglas C. Spears
DOUGLAS C. SPEARS

Form 9

FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

DIAMONDBACK FIREARMS, LLC  v. SAEILO, INC. d/b/a KAHR ARMS, et al.

No. 14-333

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Saeilo, Inc. and Kook-Jin Moon certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:
Saeilo, Inc. d/b/a Kahr Arms
Kook-Jin Moon

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:
Saeilo, Inc. d/b/a Kahr Arms
Kook-Jin Moon

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:
Saeilo, Inc.

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:
Swann Hadley Stump Dietrich & Spears, Pl.A.
Alix, Yale & Ristas, LLP

| December 24, 2014 | /s/ Douglas C. Spears |
|---|---|
| Date | Signature of counsel |
| | Douglas C. Spears |
| | Printed name of counsel |

Please Note: All questions must be answered
cc: Counsel of Record

124

Form 30

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on　Dec. 24, 2014
by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
　　(by email or CM/ECF)

| Douglas C. Spears | /s/ Douglas C. Spears |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm　Swann Hadley Stump Dietrich & Spears, P.A.

Address　1031 W. Morse Boulevard, Suite 350

City, State, ZIP　Winter Park, Florida 32789

Telephone Number　407 647-2777

FAX Number　407 740-3114

E-mail Address　dspears@swannhadley.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.